# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MAXWELL GREEN,<br><br>　　　　　　　Plaintiff,<br>　vs.<br>DIRECTOR/SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:14-cv-00965-LAB-BGS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

James Green brought this prisoner civil rights action pursuant to 42 U.S.C. § 1983. The case was referred to Magistrate Judge Skomal for a Report and Recommendation ("R & R") pursuant to 28 U.S.C. § 636. Defendants filed a motion for summary judgement. (Docket no. 24.) Judge Skomal issued his R & R, finding that Defendants' summary judgment motion should be granted. (Docket no. 34.) No objections were filed.

A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id*. "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendation made by the magistrate judge." 28 U.S.C. § 636(b)(1). The statute makes it clear that the district judge must review the magistrate judge's findings and

recommendations de novo if objection is made, but not otherwise. *United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir.2003).

The Court has nonetheless reviewed the R & R and agrees with its rationale and conclusions. The R & R is **ADOPTED**. Defendants' motion for summary judgment is **GRANTED**.

**IT IS SO ORDERED**.

DATED: June 29, 2016

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge